# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-17782-ELF

CATHLEEN M HAINES

4801 ARGYLE ROAD

BROOKHAVEN, PA 19015

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    CATHLEEN M HAINES

    4801 ARGYLE ROAD

    BROOKHAVEN, PA 19015

Counsel for debtor(s), by electronic notice only.

    MICHAEL GUMBEL
    850 S 2ND ST

    PHILADELPHIA, PA 19147

Date: 9/28/2021

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee