Certificate Number: 05781-PAE-DE-037304252

Bankruptcy Case Number: 18-17782



05781-PAE-DE-037304252

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 29, 2023, at 4:24 o'clock PM PDT, Cathleen Haines completed a course on personal financial management given by telephone by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  March 29, 2023         By:   /s/Allison M Geving

                              Name: Allison M Geving

                              Title: President