United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Cathleen M Haines  
    Debtor

Case No. 18-17782-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3  
Date Rcvd: May 17, 2023     Form ID: 138OBJ     Total Noticed: 25

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Cathleen M Haines, 4801 Argyle Road, Brookhaven, PA 19015-1705 |
| 14241413 | + | Kevin S. Frankel, Esquire, Shapiro & DeNardo, LLC, c/o Nationstar Mortgage LLC, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| 14267332 | | The Bank of New York Melon, c/o Thomas Song, Esq.,, Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza Philadelphia, PA 19103 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 18 2023 00:16:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 18 2023 00:16:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14289383 | + | Email/Text: mgumbel@bainbridgelawcenter.com | May 18 2023 00:16:00 | Bainbridge Law Center, Mike Gumbel, 850 S. 2nd Street, Philadelphia, PA 19147-3430 |
| 14235930 | + | Email/Text: mortgagebkcorrespondence@bofa.com | May 18 2023 00:16:00 | Bank of America, PO Box 17054, Wilmington, DE 19850-7054 |
| 14235931 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | May 18 2023 00:25:59 | Capital One Auto Finance, PO Box 60511, City of Industry, CA 91716-0511 |
| 14235932 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | May 18 2023 00:25:56 | Capital One Auto Finance, 3905 Dallas Pkwy, Dallas, TX 75093-7892 |
| 14239362 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 18 2023 00:26:50 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14605702 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 18 2023 00:26:02 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14253977 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 18 2023 00:15:34 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 14235933 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 18 2023 00:16:00 | Comenity Bank/VCTRSSEC, PO Box 182789, Columbus, OH 43218-2789 |
| 14255409 | | Email/Text: ECMCBKNotices@ecmc.org | May 18 2023 00:16:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14235934 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 18 2023 00:15:00 | Mr. Cooper Mortgage, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 14246249 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 18 2023 00:15:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |

Case 18-17782-pmm    Doc 89    Filed 05/19/23    Entered 05/20/23 00:32:37    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 17, 2023 | Form ID: 138OBJ | Total Noticed: 25 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14235935 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 18 2023 00:26:34 | | Portfolio Recovery, 120 Corporate Blvd, Norfolk, VA 23502 |
| 14262641 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 18 2023 00:27:20 | | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14236546 | + | Email/PDF: rmscedi@recoverycorp.com May 18 2023 00:25:59 | | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14264243 | | Email/Text: bnc-quantum@quantum3group.com May 18 2023 00:16:00 | | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14374887 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com May 18 2023 00:16:00 | | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14566046 | ^ | MEBN May 18 2023 00:12:51 | | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14262636 | | Email/Text: creditcardbkcorrespondence@bofa.com May 18 2023 00:15:00 | | The Bank Of New York Mellon et al, Bank of America, PO Box 31785, Tampa, FL, 33631-3785 |
| 14633391 | ^ | MEBN May 18 2023 00:12:38 | | U.S. Bank Trust National Association, as, Trustee of Dwelling Series IV Trust, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |
| 14406175 | ^ | MEBN May 18 2023 00:12:38 | | US Bank Trust NA, SN Servicing Corporation, 323 5th Street, Eureka, CA 95501-0305 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14239363 | *+ | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 19, 2023          Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 17, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor THE BANK OF NEW YORK MELLON ET.AL. bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | |

Case 18-17782-pmm    Doc 89    Filed 05/19/23    Entered 05/20/23 00:32:37    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 17, 2023 | Form ID: 138OBJ | Total Noticed: 25 |

on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURE TRUSTEE ON BEHALF OF THE NOTEHOLDERS OF THE CWHEQ INC., CWHEQ REVOLVING HOM bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

JASON BRETT SCHWARTZ

on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. jschwartz@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

JEROME B. BLANK

on behalf of Creditor The Bank Of New York Mellon et al jblank@pincuslaw.com

KENNETH E. WEST

ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST

on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

KEVIN S. FRANKEL

on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper pa-bk@logs.com

LAUREN MOYER

on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association  as Trustee of Dwelling Series IV Trust lmoyer@friedmanvartolo.com

MICHAEL GUMBEL

on behalf of Debtor Cathleen M Haines mgumbel@bainbridgelawcenter.com

MICHAEL PATRICK FARRINGTON

on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURE TRUSTEE ON BEHALF OF THE NOTEHOLDERS OF THE CWHEQ INC., CWHEQ REVOLVING HOM mfarrington@kmllawgroup.com

THOMAS SONG

on behalf of Creditor THE BANK OF NEW YORK MELLON ET.AL. tomysong0@gmail.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 12

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Cathleen M Haines
      Debtor(s)

Case No: 18−17782−pmm
Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

      900 Market Street
      Suite 400
      Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.


For The Court

Timothy B. McGrath
Clerk of Court

Dated: 5/17/23

86 − 78
Form 138OBJ